[No. 10364. *En Banc.* July 31, 1913.]

HOKO RIVER BOOM COMPANY, *Appellant*, v. ALSTON FAIRSERVICE *et al.*, *Respondents.*[1]

Appeal from a judgment of the superior court for Clallam county, Still, J., entered February 15, 1912, dismissing an action to cancel a tax deed, upon sustaining an objection to the introduction of any evidence. Affirmed.

*Trumbull & Trumbull, Peters & Powell*, and *Marion Edwards*, for appellant.

*William B. Ritchie* and *Fletcher & Evans*, for respondents.

ON REHEARING.

PER CURIAM.—The court has considered this case upon rehearing and the majority of the court adhere to the opinion as reported in 69 Wash. 357, 125 Pac. 145, and for the reasons there given, the judgment should be affirmed.

---

[No. 10951. Department One. August 4, 1913.]

GREAT NORTHERN RAILWAY COMPANY, *Appellant*, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, *Appellant* AND ELWOOD LUMBER AND TIMBER COMPANY *et al.*, *Respondents.*[2]

Appeal from a judgment of the superior court for King county, Tallman, J., entered July 24, 1912, upon findings in favor of the defendants, in an action upon contract, tried to the court. Affirmed.

*F. V. Brown, F. G. Dorety*, and *William W. Wilshire*, for appellants.

*Benton Embree*, for respondent Cline Lumber Company.

PER CURIAM.—This case involves the same questions as are involved in *Northern Pac. R. Co. v. Fidelity & Deposit Co., ante* p. 543, 134 Pac. 498. For the reasons there given, the judgment in this case is affirmed.

[1]Reported in 133 Pac. 1037.
[2]Reported in 134 Pac. 500.